IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAYDEN JAMAR SLEDGE                                                                                    PLAINTIFF

v.                                    Case No. 4:22-cv-4006

WAYNE DAKOTA EASLEY, SR., Detective,
Texarkana Police Department                                                                       DEFENDANT

## ORDER

Before the Court is a Report and Recommendation issued on July 29, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 23. Judge Bryant recommends that Plaintiff's complaint be dismissed without prejudice for failing to prosecute this matter and for failing to comply with orders of the Court.

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 23) *in toto*. Accordingly, Plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 12th day of September, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge